UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FELIPE N. GOMEZ,
Plaintiff,

v.

BRIAN SINGER,
Defendants.

Case No.: 26-cv-5634-RSH-DDL

**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

[ECF No. 2]

On October 1, 2026, plaintiff Felipe N. Gomez proceeding *pro se*, commenced this action and filed a motion to proceed *in forma pauperis* ("IFP"). ECF Nos. 1; 2.

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1). *See Moore v. Maricopa Cnty. Sheriff's Office*, 657 F.3d 890, 892 (9th Cir. 2011) ("All persons, not just prisoners, may seek IFP status."); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). A federal court may authorize the commencement of an action without the prepayment of fees if the party submits an affidavit, including a statement of assets, showing an inability to pay the required filing fee. 28 U.S.C. § 1915(a). "An affidavit in

support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life[.]" *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).

Here, Plaintiff's application does not provide sufficient information for the Court to assess his ability to pay the filing fee. Plaintiff reports earning a total of $200 from two months of work through Uber Eats and receiving monthly benefits of $1,619 from Social Security and $24 from the Supplemental Nutrition Assistance Program. ECF No. 2 at 1–2. Plaintiff also reports holding $20 in financial accounts. *Id.* at 2. Plaintiff's application, however, does not disclose his monthly living expenses, including housing, food, utilities, and transportation. Without this information, the Court is unable to determine whether Plaintiff "cannot pay the court costs and still afford the necessities of life." *Escobedo*, 787 F.3d at 1234–35.

For the above reasons, Plaintiff's motion to proceed IFP is **DENIED** without prejudice. If Plaintiff elects to proceed with this action, he must, by no later than **November 5, 2026** either: (a) prepay the full $405 civil filing fee required by 28 U.S.C. § 1914(a) ; or (b) complete and file Form AO 239 (rev. 01/15), "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)," which is available on the Court's website. Failure to comply with the Court's Order will result in dismissal of the instant action without prejudice.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge